**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KANEISHA JOHNSON,** | **DOCKET NO. 3:26-cv-295** |
| **Plaintiff** | |
| **v.** | **JUDGE** |
| **THIRD FUTURE SCHOOLS, A NON-PROFIT CORPORATION, D/B/A THIRD FUTURE SCHOOLS-LOUISIANA, A NON-PROFIT CORPORATION** | **MAGISTRATE** |
| **Defendant.** | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, Defendant, Third Future Schools, A Non-Profit Corporation, d/b/a Third Future School-Louisiana, A Non-Profit Corporation, hereby removes the instant action from 19th Judicial District Court for the Parish of East Baton Rouge to the United States District Court for the Middle District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Defendant hereby invokes the jurisdiction of this Court under 28 U.S.C. § 1331 and 1332 and states the following grounds for removal:

1.     On June 23, 2025, Plaintiff Kaneisha Johnson ("Plaintiff") filed a Petition ("Petition") against Defendant in the 19th Judicial District Court of the Parish of East Baton Rouge, captioned *Johnson v. Third Future Schools, A Non-Profit Corporation, d/b/a Third Future School-Louisiana, A Non-Profit Corporation* and bearing Case No. C-764801 "21."

2.     On March 10, 2026, Plaintiff filed a Motion for Leave to File Supplemental, Amending and Restated Petition ("Amended Petition").

3.     Plaintiff's motion was granted and the Amended Petition was filed on March 11, 2026. **Exhibit B**

1

4. Defendant has not served or filed any answer or responsive pleading to the Amended Petition.

5. As of this Notice is filed with this Court within thirty (30) days after Defendant was served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents and orders that have been served upon Defendant are attached hereto as **Exhibit A**.

7. Original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission and Louisiana Commission on Human Rights. In addition to her claims under Louisiana's anti-discrimination laws, La. R. S. 23:301, *et seq.*, After receiving a Notice of Right to Sue from the Commission, Plaintiff amended her Petition to include claims under federal discrimination laws. *See* ¶ 10 of the Amended Petition, Exhibit B.

8. This Court has supplemental jurisdiction over additional causes of action asserted by Plaintiff under 28 U.S.C. § 1367.

9. Plaintiff seeks damages for physical injuries, personal and/or bodily injuries, pain and suffering, lost wages and benefits, loss of earning capacity, past future medical expenses, humiliation and embarrassment, severe and extreme emotional distress and mental anguish and other damages that she allege will be more fully shown at trial, and attorney fees and litigation costs and expenses.

10.     Accordingly, the Amended Petition contemplates an amount in controversy in excess of $75,000 exclusive of interest.

11.     This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.

12.     Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

13.     Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

14.     Contemporaneously with this filing, Defendant also files a Notification of Removal with the 19th Judicial District Court of the Parish of East Baton Rouge, as required by 28 U.S.C. §1446(d).  A true and accurate copy of the Notification of Removal is attached hereto as **Exhibit C**.

15.     There are no other defendants named in this action.

Respectfully submitted

*/s/ Michael B. Taylor*
Michael B. Taylor (# 39081)
Michael.Taylor@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759

**COUNSEL FOR DEFENDANT,**
**THIRD FUTURE SCHOOLS**
**D/B/A THIRD FUTURE SCHOOLS**
**LOUISIANA**

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that served notice on all users registered for electronic notice.  I further certify that I forwarded a copy of the foregoing to:

Jill L. Craft
JCraft@CraftLaw.net
W. Brett Conrad, Jr.
BConrad@CraftLaw.net
Jill L. Craft, Attorney at Law, LLC
330 Government Street
Baton Rouge, Louisiana 70802

via electronic mail.

*/s/ Michael B. Taylor*
Michael B. Taylor

4911-2894-0951, v. 2

4